v. CIVIL ACTION NO. _____

DEPARTMENT OF EDUCATION/AIDVANTAGE,
Defendant.

## COMPLAINT

Plaintiff Nkozi Kuuriraya, proceeding pro se, alleges as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this action arises under the Fair Debt Collection Practices Act (FDCPA), 15 U.S. Code § 1692k.
2. Venue is proper in the Southern District of Texas, Houston Division, under 28 U.S.C. § 1391, as Plaintiff resides in this District and the events giving rise to these claims occurred here.

### II. PARTIES

3. Plaintiff Nkozi Kuuriraya is an individual residing in Houston, Texas.
4. Defendant Department of Education/Aidvantage is an entity responsible for the management, reporting, and collection of federal student loan debt, including the reporting of Plaintiff's disputed account(s).

### III. STATEMENT OF FACTS

5. Plaintiff's private financial information, including but not limited to alleged debts, was reported without proper validation or authorization by Defendant.
6. Defendant reported negative credit information without providing evidence of the debt's validity or Plaintiff's consent to the disclosure.
7. Plaintiff has suffered reputational damage, financial harm, and emotional distress as a result of Defendant's unauthorized actions.
8. Plaintiff provided formal notice to Defendant requesting removal of negative information and placement of a credit block, effective within four (4) business days from April 22, 2025.
9. Defendant has failed to take corrective action.
10. Plaintiff's Affidavit of Truth and Notice of Civil Liability is attached hereto as Exhibit A and incorporated herein by reference.

## IV. CLAIMS FOR RELIEF

**COUNT ONE: Violation of the Fair Debt Collection Practices Act (15 U.S. Code § 1692k)**

11. Defendant's conduct constitutes unfair and deceptive practices prohibited by the FDCPA.
12. Plaintiff is entitled to statutory damages, additional damages, and costs pursuant to 15 U.S. Code § 1692k.

**COUNT TWO: Invasion of Privacy and Defamation**

13. Defendant unlawfully disclosed Plaintiff's private financial information without consent.
14. Defendant's unauthorized reporting of inaccurate, negative credit information constitutes defamation of character.
15. Plaintiff suffered emotional distress, financial harm, and damage to personal and professional reputation.

## V. DAMAGES

16. Plaintiff seeks the following relief:
- Statutory damages of $150,000 for wrongful reporting from 2018 to 2025.
- Additional damages of $3,000 for unauthorized use of Plaintiff's name.
- Total damages of $153,000 for financial, emotional, and reputational harm.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Award Plaintiff $153,000 in total damages;
2. Order the immediate removal of negative credit reporting and placement of a credit block on Plaintiff's account(s);
3. Award any other relief the Court deems just and proper.

Respectfully submitted,

**NKOZI KUURIRAYA**
P.O. Box 330624
Houston, TX 77233
Phone: 832-893-9413
Email: NKuuriraya1@gmail.com
Pro Se Plaintiff

**AFFIDAVIT OF TRUTH AND NOTICE OF CIVIL LIABILITY CONCERNING VIOLATIONS OF 15 U.S. CODE § 1692k, PRIVACY RIGHTS, AND DEFAMATION OF CHARACTER**

I, NKOZI KUURIRAYA, being of sound mind, over the age of eighteen (18), and competent to testify to the facts stated herein, hereby swear and affirm under penalty of perjury that the following statements are true, correct, and based on personal knowledge:

## 1. PARTIES AND IDENTIFICATION

I am the Affiant in this matter.

My contact information is as follows:
**Name**: NKOZI KUURIRAYA
**Address**: P.O. Box 330624, Houston, TX 77233
**Phone**: 832-893-9413
**Email**: NKuuriraya1@gmail.com

All compensation related to this matter should be sent to the address above.

The Respondent(s) in this case are [Insert name(s) of the credit bureau(s), debt collector(s), or agency(ies)] responsible for the unauthorized reporting and dissemination of my private financial information.

I request the immediate removal of negative credit reporting and the placement of a **credit block** on my account(s) to prevent any further reputational damage, effective within **four (4) business days** from the date of this notice, as of **April 25, 2025**.

## 2. DISPUTED ACCOUNT DETAILS

The following accounts are being disputed:

- **Department of Education/Aidvantage**

**Statutory Damages**:

- $10,000 per year for each account from 2018 to 2025, totaling **$80,000** for the **Department of Education/Aidvantage** accounts.

- $10,000 per year for each account from 2019 to 2025, totaling **$70,000** for the **Department of Education/Aidvantage** accounts.





These accounts have been wrongfully reported without validation, consent, or legal justification.

## 3. ASSERTED VIOLATIONS

### A. Violation of the Universal Declaration of Human Rights – Article 12
Article 12 of the Universal Declaration of Human Rights states:
*"No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation."*

The unauthorized disclosure of my private credit information and the reporting of inaccurate, negative data by the Respondent(s) constitutes a direct attack on my honor, reputation, and privacy rights.

### B. Violation of 15 U.S. Code § 1692k – Civil Liability under the Fair Debt Collection Practices Act (FDCPA)
The Respondent(s) have failed to comply with the provisions of the FDCPA, which prohibits

unfair and deceptive practices by debt collectors. Their actions have resulted in damage to my financial standing and emotional well-being.

## 4. CLAIM FOR DAMAGES

I am seeking the following relief in this matter:

- **Statutory Damages**:

    - $10,000 per year for each account from 2018 to 2025, totaling **$80,000** for **Department of Education/Aidvantage.**

    - $10,000 per year for each account from 2019 to 2025, totaling **$70,000** for **Department of Education/Aidvantage.**

- **Additional Damages**:

    - $3,000 under 15 U.S. Code § 1692k(a)(2)(A) for unlawful use of my name in reporting.

- **Compensatory Damages**:

    - **$153,000** in total damages for the financial harm, emotional distress, and reputational damage caused by the unlawful reporting of inaccurate information.

## 5. BREACH OF PRIVACY

The Respondent(s) have unlawfully shared my personal and financial information without my consent. This violation of my privacy rights has caused significant emotional and financial distress, and further harm to my personal and professional reputation.

## 6. DEMAND FOR RELIEF

I respectfully request the following relief:

1. Immediate removal of the negative credit reporting and placement of **a credit block** on my account(s) to prevent further damage to my reputation, effective within **four (4) business days** from the date of this affidavit.

2. An award of **$150,000** in statutory and compensatory damages, plus **$1,000** in additional damages for unauthorized use of my name, totaling **$153,000**

3. Any additional relief that this Court may deem just and proper.

## 7. AFFIRMATION

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

**Signature**: _____
**Printed Name**: NKOZI KUURIRAYA

## NOTARY ACKNOWLEDGEMENT

State of Texas
County of Harris

Subscribed and sworn to before me on this 25 day of April, 2025, by NKOZI KUURIRAYA.
**Notary Public Signature**: _____
My commission expires: January 18, 2028



OMAR A. TORRES
Notary Public, State of Texas
Comm. Expires 01-18-2028
Notary ID 134718965