United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NKOZI KUURIRAYA, Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02076 |
| DEPARTMENT OF EDUCATION, Defendant. | § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On March 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 24). Judge Bray filed a *Memorandum and Recommendation* on October 23, 2026, recommending that Plaintiff's motions for default judgment be denied (Dkt. 34; Dkt. 39) and Defendant's motion to dismiss (Dkt. 38) be granted. (Dkt. 45).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bray's *Memorandum and Recommendation* (Dkt. 45) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's motions for default judgment are **DENIED** (Dkt. 34; Dkt. 39);

(3) Defendant's motion to dismiss is **GRANTED** (Dkt. 38);

(4) Plaintiff's claims under the FDCPA, under the Universal Declaration of Human Rights, and for common law torts are **DISMISSED WITHOUT PREJUDICE**; and

(5) Plaintiff's claims under the Privacy Act are **DISMISSED WITH PREJUDICE.**

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on November 16, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE